UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL CORTES ARIAS, an individual,<br><br>                              Plaintiff,<br>vs.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a foreign insurance company,<br>                              Defendant. | No. 2:24-cv-00546-JHC<br><br>**STIPULATION AND ORDER TO BRIEFLY EXTEND DEADLINE FOR DEFENDANT TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA TO ANSWER THE COMPLAINT** |

Pursuant to Western District of Washington Local Civil Rule 10(g), Plaintiff Daniel Cortes Arias and Defendant Travelers Casualty Insurance Company of America, through their undersigned attorneys, stipulate and move as follows:

### I.     **STIPULATION**

Plaintiff Daniel Cortes Arias and Defendant Travelers Casualty Insurance Company of America hereby stipulate and agree to extend the time for Defendant Travelers Casualty Insurance Company of America to file its Answer to Daniel Cortes Arias' Complaint to May 3, 2024.

DATED this 29th day of April 2024.

| LETHER LAW GROUP | BRAIN INJURY LAW OF SEATTLE |
|---|---|
| */s/ Sam Colito*<br>Sam Colito, WSBA #42529<br>1848 Westlake Avenue N, Suite 100<br>Seattle, WA 98109<br>P: (206) 467-5444/F: (206) 467-5544<br>scolito@letherlaw.com<br>*Attorney for Travelers Casualty Insurance Company of America* | */s/ Cassidy Spencer*<br>Cassidy Spencer, WSBA #50569<br>437 5th Ave S Ste 103<br>Edmonds, WA 98020<br>P: (425)-307-6001<br>cassidy@braininjurylawofseattle.com<br>*Counsel for Plaintiff Daniel Cortes Arias* |

STIPULATION AND ORDER
EXTENDING TIME TO ANSWER – 1
2:24-cv-00546-JHC

## II. ORDER

Pursuant to the foregoing stipulation of the parties, it is hereby ORDERED that the deadline for Defendant Travelers Casualty Insurance Company of America's Answer to Plaintiff Daniel Cortes Arias' Complaint is extended to May 3, 2024.

DATED this 29th day of April, 2024.

_____
John H. Chun
United States District Judge

STIPULATION AND ORDER
EXTENDING TIME TO ANSWER – 2
2:24-cv-00546-JHC