UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL CORTES ARIAS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELER'S CASUALTY INSURANCE COMPANY OF AMERICA, a foreign insurance company,<br><br>Defendant. | No. 2:24-cv-00546-JHC<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** |

This matter comes before the Court on Plaintiff's Motion for Leave to File Amended Complaint for Damages. Dkt. # 8. The Court has considered the materials filed in support of and in opposition to the motion, the balance of the case file, and the governing law. Being fully advised, for the reasons presented by Defendant, the Court DENIES the motion.

DATED this 19th day of July, 2024.

_____
John H. Chun
United States District Court Judge