IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL CORTES ARIAS,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | No. 2:24-cv-00546-JHC<br><br>STIPULATED MOTION AND ORDER TO CONTINUE TRIAL AND AMEND CASE SCHEDULE |

## I.   STIPULATED MOTION

The parties, by and through their undersigned counsel of record, hereby stipulate and jointly request that the Court continue the trial date and amend the case schedule (Dkt. 14) pursuant to Fed. R. Civ. P. Rule 6 and LCR 10(g).

## II.   LEGAL AUTHORITY

**A.   Applicable Legal Standard**

A [case] schedule may be modified only for good cause and with the judge's consent. Fed. R. Civ. P. 16(b)(4); *see also* LCR 16(b)(6) ("A schedule may be modified only for good cause and with the judge's consent."). The decision to modify a scheduling order is within the broad discretion of the district court. *See Johnson v. Mammoth Recreations*, Inc., 975 F.2d 604, 607 (9th Cir. 1992).

B.  **Good Cause Exists to Extend the Trial Date and Pretrial Deadlines**

Good cause exists for a continuance. The current deadline for expert disclosures is December 16, 2024. The parties are currently working together in good faith to come to an agreement as to whether privilege applies to certain documents. The parties have met and conferred to discuss the issues. Since then, Lether Law Group has been working with their client to respond to counsel's assertions.

In light of the discovery issues, the parties will need additional time to ensure that their experts have all the information necessary to draft their reports. Accordingly, the parties have stipulated to a forty-five (45) day extension of the expert disclosure deadline. Given that a 45-day extension of the expert disclosure deadline would overlap with subsequent deadlines, the following proposed schedule moves all relevant dates out by 45 days. The parties respectfully move the Court to amend the case schedule and extend the trial date in this matter as follows:

| EVENT | CURRENT DATE | PROPOSED DATE |
| --- | --- | --- |
| Deadline for Amended Pleadings | December 16, 2024 | January 30, 2025 |
| Disclosure of Expert Testimony | December 16, 2024 | January 30, 2025 |
| Discovery Motions | January 15, 2025 | March 3, 2025 |
| Discovery Completed by | February 14, 2025 | March 31, 2025 |
| Dispositive Motions and Expert Witness Motions | March 17, 2025 | May 1, 2025 |
| Deadline for Settlement Conference | May 15, 2025 | June 30, 2025 |
| Motions in Limine | June 2, 2025 | July 17, 2025 |
| Agreed Pretrial Order | June 23, 2025 | August 7, 2025 |
| Deposition Designations | June 25, 2025 | August 11, 2025 |
| Pretrial Conference | June 30, 2025 | August 14, 2025 |

| Trial Briefs, Proposed Findings of Fact and Conclusions of Law | July 7, 2025 | August 21, 2025 |
|---|---|---|
| Bench Trial | July 14, 2025 | August 28, 2025 |

DATED this 11th day of November 2024.

BRAIN INJURY LAW OF SEATTLE, INC.

_____
Scott Blair, WSBA #13428

_____
Cody Branstetter, WSBA #57156
437 5th Avenue South, Suite 103
Edmonds, WA 98020
scott@braininjurylawofseattle.com
cody@braininjurylawofseattle.com
*Counsel for Plaintiff Daniel Cortes Arias*

BACETICH LAW

/s/ Dominic L. Bacetich
Dominic L. Bacetich, WSBA #11336
217 Virginia Ave.,
Everett, WA 98201
Tel: (425) 339-9149
E-mail: nic@bacetichlaw.com
*Counsel for Plaintiff Daniel Cortes Arias*

LETHER LAW GROUP

/s/ Sam Colito
Thomas Lether, WSBA #18089
Sam Colito, WSBA #42529
1848 Westlake Ave N., Suite 100
Seattle, WA  98109
P: 206-467-5444 / F: 206-467-5544
tlether@letherlaw.com
scolito@letherlaw.com
*Counsel for Travelers Casualty Insurance Company of America*

### III. ORDER

In light of the Court's calendar, trial is set for October 27, 2025. The Court DIRECTS the Clerk to issue a case scheduling order consistent with this new trial date.

DATED this 12th day of November, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE