UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL CORTES ARIAS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a foreign insurance company,<br><br>Defendant. | CASE NO. 2:24-cv-00546-JHC<br><br>ORDER |

      Before the Court is the parties' proposed Stipulated Protective Order. Dkt. # 21.

      Local Rule LCR 26(c)(2) provides that "[p]arties that wish to depart from [this district's] model [protective] order must provide the court with a redlined version identifying departures from the model." The parties' proposed protective order departs from the model, but the parties' failed to provide a redlined version. *See generally* Dkt.; Dkt. # 22.

      The Court ordered the parties to file a redlined version of the protective order by December 16, 2024, Dkt. # 22, but the parties failed to do so. *See generally* Dkt.

      Without the benefit of a redlined version, the Court briefly reviewed the proposed order and finds it deficient in at least one significant respect: It provides:

ORDER - 1

"Confidential" material shall collectively refer to Travelers confidential, proprietary, and/or trade secret information.

This is overly broad. The model order says, "The parties must include a list of specific documents such as 'company's customer list' or 'plaintiff's medical records;' do not list broad categories of documents such as 'sensitive business material.'" The proposed order may be deficient in other respects.

The Court therefore DENIES the parties' request without prejudice.

Dated this 17th day of December, 2024.

John H. Chun
United States District Judge

ORDER - 2