UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL CORTES ARIAS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a foreign insurance company,<br><br>Defendant. | No. 2:24-cv-00546-JHC<br><br>ORDER GRANTING STIPULATED MOTION TO RE-NOTE PLAINTIFF'S MOTION TO COMPEL (ECF 19) AND EXTEND RESPONSE AND REPLY DEADLINES BY 14 DAYS |

Pursuant to the Parties' Stipulated Motion to Re-Note Plaintiff's Motion to Compel Discovery Responses (ECF 19) and Extend Response and Reply Deadlines by 14 Days, Dkt. # 24, it is hereby ORDERED as follows:

The Court DIRECTS the Clerk to re-note Plaintiff's Motion to Compel Discovery Responses, Dkt. # 19, to January 10, 2025. Defendant's Response deadline to Plaintiff's Motion to Compel Discovery Responses is extended to January 6, 2025. Plaintiff's Reply deadline is hereby extended to January 10, 2025.

DATED December 20, 2024.

_____
John H. Chun
United States District Judge