IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL CORTES ARIAS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a foreign insurance company,<br><br>Defendant. | No. 2:24-cv-00546-JHC<br><br>STIPULATION AND ORDER TO RE-NOTE DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND EXTEND PLAINTIFF'S DEADLINE TO RESPOND |

Pursuant to Western District of Washington Local Civil Rule 10(g), Plaintiff Daniel Cortes Arias ("Arias") and Defendant Travelers Casualty Insurance Company of America ("Travelers"), through their undersigned attorneys Stipulate and move as follows:

### I.  STIPULATION

Arias and Travelers hereby stipulate and agree to re-note Travelers' Motion for Partial Summary Judgment (Dkt. 32) to **August 29, 2025** and extend Plaintiff's response deadline to **August 18, 2025**. Consequently, Defendant's reply deadline will be moved to **August 25, 2025**.

DATED this 17th day of July 2025.

LETHER LAW GROUP

*/s/ Sam Colito*

STIPULATED MOTION & ORDER – 1

|   |   |
|---|---|
| 1 | Sam Colito, WSBA #42529 |
|   | */s/ Alex Goldman*_____ |
| 2 | Alex Goldman, WSBA #61625 |
|   | 1848 Westlake Ave N., Suite 100 |
| 3 | Seattle, WA 98109 |
|   | P: 206-467-5444/F: 206-467-5544 |
| 4 | scolito@letherlaw.com |
|   | agoldman@letherlaw.com |
| 5 | *Counsel for Defendant Travelers Casualty Insurance Company of America* |

BRAIN INJURY LAW OF SEATTLE, INC.

*/s/ Scott Blair*_____
Scott Blair, WSBA #13428
*/s/ Cody Branstetter*_____
Cody Branstetter, WSBA #57156
437 5th Avenue South, Suite 103
Edmonds, WA 98020
scott@braininjurylawofseattle.com
cody@braininjurylawofseattle.com
*Counsel for Plaintiff Daniel Cortes Arias*

STIPULATED MOTION & ORDER – 2

## II.     ORDER

Pursuant to the foregoing stipulation of the parties, it is hereby ORDERED that Defendant Travelers' Motion for Partial Summary Judgment is re-noted to August 29, 2025, and Plaintiff's deadline to respond is extended to August 18, 2025. Defendant's reply deadline is extended to August 25, 2025.

IT IS SO ORDERED.

DATED July 17, 2025.

_____
John H. Chun
United States District Judge

STIPULATED MOTION & ORDER – 3