IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL CORTES ARIAS, an individual,<br><br>Plaintiff,<br>v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a foreign insurance company,<br><br>Defendant. | Case No. 2:24-cv-00546-JHC<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

## I.  STIPULATION

Travelers Casualty Insurance Company of America and Daniel Cortes Arias (collectively referred to as the "Parties") hereby advise the Court that all claims have been resolved. The Parties agree and stipulate that this action should be dismissed with prejudice and without fees or costs to either party.

DATED this 29th day of December 2025.

| LETHER LAW GROUP | BRAIN INJURY LAW OF SEATTLE |
|---|---|
| *s/ Alex Goldman* | *s/ Scott Blair* |
| Eric Neal, WSBA #31863 | Scott Blair, WSBA #13428 |
| Sam Colito, WSBA #42529 | Cody Branstetter, WSBA #57156 |
| Alex Goldman, WSBA #61625 | Richard Fisher, WSBA #57282 |
| 1848 Westlake Avenue N, Suite 100 | 437 5th Ave S Ste 103 |
| Seattle, WA 98109 | Edmonds, WA 98020 |
| P: (206) 467-5444/F: (206) 467-5544 | P: (425)-307-6001 |

| | |
|---|---|
| eneal@letherlaw.com<br>scolito@letherlaw.com<br>agoldman@letherlaw.com<br>*Attorneys for Travelers Casualty Insurance Company of America* | scott@braininjurylawofseattle.com<br>cody@braininjurylawofseattle.com<br>richard@braininjurylawofseattle.com<br>*Counsel for Plaintiff Daniel Cortes Arias* |

STIPULATION AND ORDER OF DISMISSAL – 2
CASE NO. 2:24-cv-00546-JHC

## II. ORDER

Based on the foregoing Stipulation, it is hereby ORDERED:

1. All claims are hereby dismissed with prejudice; and

2. This dismissal is effectuated without an award of fees or costs to any party.

DATED this 30th day of December, 2025.

*John H. Chun*
John H. Chun
United States District Judge